# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts   **Category No.** II   **Investigating Agency** ATF
**City** Swansea and Bridgewater
**County** Bristol and Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number 24-MJ-1251-DLC
Search Warrant Case Number 24-1186 to 1188; 24-1223 to 1244; 24-1134
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

## Defendant Information:

**Defendant Name** Steven Madison   **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____
**Address:** _____
**Birth date (Yr only):** 1986   **SSN (last 4#):** _____   **Sex:** Male   **Race:** _____   **Nationality:** United States

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** John J. Reynolds III   **Bar Number if applicable:** 672295

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** In transit
**Arrest Date:** May 8, 2024

☐ Already in Federal Custody as of May 8, 2024 in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5/8/2024   **Signature of AUSA:** /s/ John J. Reynolds III

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Steven Madison

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951(a) | Affecting commerce by robbery and conspiring to do the same | 1 |
| Set 2 | 18 U.S.C. § 844(i) | Maliciously damaging or destroying, by means of fire or an explosive, any building, vehicle, or other real or personal property used in interstate or foreign commerce | 2 |
| Set 3 | 18 U.S.C. § 371 | Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 922(g)(1) | Being a felon in possession of a firearm and ammunition | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**